IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02845-RPM-MEH

MARISA BAXTER,

    Plaintiff,

v.

CITIBANK, N.A.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 30, 2013.**

    In light of the parties' Notice of Settlement [docket #21], Defendant Citibank, N.A.'s Motion to Compel Arbitration and Stay Action [filed January 10, 2013; docket #17] is **denied as moot**.