**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**COURT FILE NO.: 1:12-cv-02845-RPM-MEH**

Marisa Baxter,
      Plaintiff

v.

Citibank, N.A.,
      Defendant

_____

**NOTICE OF DISMISSAL WITH PREJUDICE**
_____

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff

gives notice to the Clerk of the United States District Court for the District of Colorado

that this case is voluntarily dismissed with prejudice.

**Respectfully submitted,**

**April 4, 2013**

**/s/ Tracey N. Tiedman**
**Tracey N. Tiedman**
**Weisberg & Meyers LLC**
**5025 N. Central Ave., #602**
**Phoenix, AZ 85012**
**Telephone: (602) 445 9819**
**Facsimile: (866) 565 1327**
**TTiedman@AttorneysForConsumers.com**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 4, 2013, I electronically filed the foregoing document with the clerk of the U.S. District Court of Colorado, using the electronic case filing system of the court.


By: <u>s/ Lydia Bultemeyer</u>
     Lydia Bultemeyer